# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CHAD WATKINS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>IMLACH, et al.,<br><br>　　　　　　Defendants. | 1:18-cv-01007-AWI-GSA (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br>**(ECF No. 7.)**<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF**<br>**(ECF No. 5.)** |

Raymond Chad Watkins ("Plaintiff") is a jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 20, 2018, findings and recommendations were entered, recommending that Plaintiff's motion for preliminary injunctive relief be denied, and that Plaintiff be granted an extension of time, if needed, to file his application to proceed *in forma pauperis*. (ECF No. 7.) On August 27, 2018, Plaintiff filed objections to the findings and recommendations and also filed his application to proceed *in forma pauperis*. (ECF Nos. 8, 9, 11.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the court finds the findings and recommendations to be supported

1

by the record and proper analysis. Plaintiff's application to proceed *in forma pauperis* was timely filed on August 27, 2018, and therefore Plaintiff's need for an extension of time to file the application is moot.

Accordingly, **THE COURT HEREBY ORDERS** that:

1. The Findings and Recommendations issued by the Magistrate Judge on August 20, 2018, are ADOPTED IN FULL; and
2. Plaintiff's motion for preliminary injunctive relief, filed on August 15, 2018, is DENIED.

IT IS SO ORDERED.

Dated: October 17, 2018

SENIOR DISTRICT JUDGE