# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CHAD WATKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IMLACH, et al.,<br><br>　　　　Defendants. | 1:18-cv-01007-AWI-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br>**(ECF No. 16.)**<br><br>**ORDER DISMISSING THIS CASE, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM**<br>**(ECF No. 1.)**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

　　　Raymond Chad Watkins ("Plaintiff") is a state hospital detainee proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On September 6, 2019, findings and recommendations were entered, recommending that this action be dismissed based on Plaintiff's failure to state a claim upon which relief may be granted under §1983. (ECF No. 16.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (Id.) The time for filing objections has expired, and Plaintiff has not filed objections or any other response to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations entered by the Magistrate Judge on September 6, 2019, are adopted in full;
2. This action is dismissed, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: December 13, 2019

SENIOR DISTRICT JUDGE